```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

CHOSEN ONE JA'MIMA'NI          )
          Plaintiff,           )
                               )
     v.                        )      C.A. No. 05-11238-GAO
                               )
COMMONWEALTH OF MASSACHUSETTS, )
          Defendant.           )
```

                        MEMORANDUM AND ORDER

    By Order of July 12, 2005, plaintiff's application to proceed without prepayment of fees was denied and plaintiff was granted additional time to submit a new application as well as demonstrate good cause why this action should not be dismissed. A copy of the Order was mailed to plaintiff at the Boston address listed on his pleadings. On July 27, 2005, the Order was returned by the postal service marked "RTS attempted not known."

    Plaintiff has apparently moved and he has failed to inform the Court of his new address as required under this Court's local rules. See District of Massachusetts Local Rule 83.5.2(e). Local Rule 83.5.2(e) requires a party appearing pro se to notify the clerk of any change of address and provides that any party appearing pro se that has not filed an appearance or provided a current address "shall not be entitled to notice."

    Under Federal Rule of Civil Procedure 41(b), a court may dismiss a claim "for failure of the plaintiff to prosecute or to comply with these rules or any order of the court." See Link v. Wabash R.R. Co., 370 U.S. 626, 630-31 (1962). The fact that plaintiff has not kept the Court advised of his current address

suggests that he may have lost interest in pursuing the claims asserted in his complaint.  The Court is not required to delay disposition in this case until such time as plaintiff decides to comply with the requirement of providing his current address.

    Accordingly, this action is subject to dismissal for want of prosecution pursuant to Rule 41(b).

ORDER

    Based upon the foregoing, it is hereby ORDERED that this action is dismissed without prejudice for want of prosecution pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. A copy of this Order will be mailed to plaintiff at the address shown on the docket sheet and on his pleadings.

SO ORDERED.

Dated at Boston, Massachusetts, this 29th  day of November, 2005.

                            /s/ George A. O'Toole, Jr.
                            GEORGE A. O'TOOLE, JR.
                            UNITED STATES DISTRICT JUDGE