```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


CHOSEN ONE JA'MIMA'NI            )
          Plaintiff,             )
                                 )
     v.                          )      C.A. No. 05-11238-GAO
                                 )
COMMONWEALTH OF MASSACHUSETTS,   )
          Defendant.             )
```

ORDER OF DISMISSAL

For the reasons stated in the Memorandum and Order dated November 29, 2005, this action is DISMISSED without prejudice for want of prosecution pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

```
                                 SARAH A. THORNTON
                                 CLERK OF COURT


Dated: 11/30/05              By   /s/ Paul Lyness
                                  Deputy Clerk
```